# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DIMASI, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. CV 14-7992-JPR <br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: October 6, 2015

　　　　　　　　　　　　　　　　　　_/s/ Jean Rosenbluth_
　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge